AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tyrez Boyd </br> *Plaintiff* </br> v. </br> Warden, Lebanon Correctional Institution </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 3:20-CV-265 </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Respondent and against Petitioner; Dismissing Petition for Writ of Habeas Corpus with Prejudice; Denying Certificate of Appealability and Leave to Appeal in Forma Pauperis; Termination Entry.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for _____ .

Date: 8/31/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk